# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUY TRUONG, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICANA RESIDENTIAL, LLC, a limited liability company; THE AMERICANA AT BRAND, LLC, a limited liability company;<br><br>　　　　Defendants. | Case No.: 8:18-cv-01534-AG-ADS<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Hon. Andrew J. Guilford presiding] |

**[PROPOSED] ORDER**
**8:18-CV-01534-AG-ADS**

| | |
|---|---|
| 1 | Pursuant to the parties' "Stipulation of Voluntary Dismissal without Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed without prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties. |

IT IS SO ORDERED

Dated March 12, 2019

_____
Judge, United States District Court,
Central District of California